IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| ANDRES MALTEZ VALLE, | * | |
| Petitioner, | * | |
| | * | Civ. No.: MJM-25-4262 |
| v. | * | |
| PAMELA JO BONDI, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated on the record during the hearing on January 21, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. The Petition for a Writ of Habeas Corpus is GRANTED IN PART;

2. Respondents' Motion to Dismiss (ECF No. 5) is DENIED;

3. As a noncitizen who has been arrested and detained pending a decision on whether he is to be removed from the United States pursuant to 8 U.S.C. § 1226(a), Petitioner is entitled to a bond hearing pursuant to the regulations provided at 8 C.F.R. §§ 236.1(d), 1003.19 & 1236.1(d);

4. The bond hearing, at which Petitioner can be represented by his present counsel, shall occur within **ten days** of this Order and shall be conducted pursuant to 8 U.S.C. § 1226(a) in an immigration court with jurisdiction, and with administrative control, over Petitioner's detention;

5. If Petitioner does not receive a bond hearing within **ten days** of this Order, he shall be released, subject to lawful conditions, including the requirement that he appear at a

bond hearing before an immigration court with jurisdiction and administrative control over Petitioner's detention;

6. This Court shall retain jurisdiction of this matter to enforce compliance with this Order;

7. Petitioner's request for an award of attorney's fees and costs is DENIED;

8. The parties shall file a joint status report no later than **Wednesday, February 11, 2026**.

It is so ORDERED this  21st  day of January, 2026.

                                              /S/
                                    Matthew J. Maddox
                                    United States District Judge