**APPROVED 2/13/26**
**/S/ Matthew J. Maddox**
**U.S. District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| ANDRES MALTEZ VALLE, | * | |
| Petitioner, | * | Case No. 1:25-cv-04262-MJM |
| v. | * | |
| PAMELA JO BONDI, *et al.*, | * | |
| Respondents. | * | |

* * * * * * * * * * * * *

## JOINT STATUS REPORT

Petitioner, Andres Maltez Valle, and Respondents, United States Attorney General Pamela Bondi, United States Department of Homeland Security ("DHS") Secretary Kristi Noem, United States Immigration and Customs Enforcement ("ICE") Acting Director Todd M. Lyons, and ICE Baltimore Field Office Acting Field Office Director Vernon Liggins,[1] by and through their respective undersigned counsel, submit this Joint Status Report in accordance with the Court's January 21, 2026 Order (ECF No. 8) and state:

1. On January 21, 2026, DHS filed a motion with the Immigration Court requesting a bond hearing pursuant to the Court's January 21, 2026 Order.

2. On January 22, 2026, the Immigration Court scheduled a bond hearing for Petitioner for January 28, 2026 at 9:30 AM local time.

3. On January 28, 2026, the Immigration Court held a bond hearing for Petitioner. The Immigration Judge granted Petitioner bond in the amount of $20,000.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), upon the departure of a public officer sued in their official capacity, "[t]he officer's successor is automatically substituted as a party." FED. R. CIV. P. 25(d). Vernon Liggins has recently been named Acting Field Office Director for the ICE Baltimore Field Office. Thus, he is automatically substituted as the respondent for former-Acting Field Office Director Jeremy Bacon.

4.   On February 5, 2026, Petitioner paid the bond. On February 6, 2026, the bond payment was approved and posted. On February 8, 2026, Petitioner was released from ICE custody.

5.   The parties agree that this case may now be closed.

Dated: February 11, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ Michael E. Rosado | Kelly O. Hayes |
| Michael E. Rosado, Esq. | United States Attorney |
| District of Maryland Bar No. 17853 | |
| Law Offices of Michael E. Rosado, P.C. | By:   /s/ Megan L. Micco |
| 1425 University Blvd E., Suite 261 | Megan L. Micco (Bar No. 20936) |
| Hyattsville, Maryland 20783 | Assistant United States Attorney |
| (240) 641-8615 | U.S. Attorney's Office, District of Maryland |
| michaelerosado@gmail.com | 36 S. Charles Street, Suite 400 |
| | Baltimore, Maryland 21201 |
| *Counsel for Petitioner* | Telephone: (410) 209-4800 |
| | Megan.Micco@usdoj.gov |
| | |
| | *Counsel for Respondents* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of February, 2026, a copy of the foregoing Joint Status Report was served electronically on all parties and counsel receiving service via CM/ECF in this case.

 /s/ Megan L. Micco
Megan L. Micco (Bar No. 20936)
Assistant United States Attorney

2